UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIUSEPPINA PRINZIVALLI., <br><br> Plaintiff, <br><br> v. <br><br> ARUBA PHOENIX BEACH RESORT; <br> DIVI RESORTS, INC.; DIVI PHOENIX, NV; <br> JOHN DOES # 1-10; <br> XYZ COMPANIES #1-10, <br><br> Defendants. | Civil Action No.  06-6004 (PGS) <br><br><br> **ORDER** |

This matter having come before the Court by way of Defendant Divi Resorts, Inc.'s objection to the Report and Recommendation of Magistrate Judge Esther Salas and the Court having considered the briefs and oral argument of Counsel;

IT IS on this the 20th day of March 2008;

**ORDERED** that the Objection is denied; and the Report and Recommendation is adopted it is further

**ORDERED** that jurisdictional discovery shall commence immediately, and shall be completed on or before May 16, 2008.

PETER G. SHERIDAN, U.S.D.J.

March 20, 2008